IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CARL ROBINSON,

         Plaintiff,

    vs.                              Civil Action 2:06-CV-1050
                                    Judge Smith
                                    Magistrate Judge King

CITY OF ZANESVILLE, OHIO,
et al.,

         Defendants.

## ORDER

      This case was filed on December 14, 2006. There is no evidence that any defendant has been served with process. Plaintiff, who is proceeding without the assistance of counsel, was granted until June 5, 2007, to demonstrate that he has served process on each named defendant. Doc. No. 5. Plaintiff has not done so.

      The claims in this action are **DISMISSED,** without prejudice, for failure to timely effect service of process. *See* F.R. Civ. P. 4(m).


                s/George C. Smith
             George C. Smith, Judge
         United States District Court